## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-124 |
| | § | |
| CHARLES JOHNSON | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 39). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 29, 2018 |
| Responses are to be filed by: | February 12, 2018 |
| Pretrial conference is reset to**:** | **February 20, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 26, 2018 at 9:00 a.m.** |

SIGNED on October 25, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge