United States District Court
Southern District of Texas
**ENTERED**
January 22, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-124 |
| | § | |
| CHARLES JOHNSON | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 41). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 7, 2018 |
| Responses are to be filed by: | May 21, 2018 |
| Pretrial conference is reset to**:** | **May 30, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 18, 2018 at 9:00 a.m.** |

SIGNED on January 22, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge