IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-124 |
| | § | |
| CHARLES JOHNSON | § | |

# O R D E R

The court held a pretrial conference on May 29, 2018. The defendant had filed an opposed motion for continuance. (Docket Entry No. 43). The parties came to an agreement about the time requested. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 27, 2018 |
| Responses are to be filed by: | August 10, 2018 |
| Final Pretrial conference is reset to**:** | **August 17 2018 at 2:00 p.m.** |
| Jury trial and selection are reset to: | **August 20, 2018 at 9:00 a.m.** |

SIGNED on June 4, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge